In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00056-CV**
_____

**CRICKET HOLLOW PARTNERS, LP, Appellant**

**V.**

**MONTGOMERY COUNTY APPRAISAL DISTRICT, Appellee**

_____

**On Appeal from the 221st District Court
Montgomery County, Texas
Trial Cause No. 18-07-09341-CV**
_____

**MEMORANDUM OPINION**

Cricket Hollow Partners, LP, Appellant, and Montgomery County Appraisal District, Appellee, filed a Joint Motion to Reverse. The parties inform the Court that they have settled the dispute at issue in this appeal and request that we set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B). We grant the motion, vacate the trial court's judgment without reference to the merits, and remand the case to the trial court for

1

rendition of judgment in accordance with the parties' settlement agreement. *See* Tex.

R. App. P. 43.2(d).

VACATED AND REMANDED.

PER CURIAM

Submitted on November 14, 2023
Opinion Delivered April 25, 2024

Before Golemon, C.J., Horton and Wright, JJ.